1

2

3                     UNITED STATES DISTRICT COURT

4                 FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6   SABRINA ANN HARSHAW,                Case No.  1:25-cv-01274-BAM

7              Plaintiff,               **ORDER ON APPLICATION TO**
                                        **PROCEED *IN FORMA PAUPERIS* AND**
8        v.                             **DIRECTING CLERK TO ISSUE**
                                        **SUMMONS AND SCHEDULING ORDER**
9   COMMISSIONER OF SOCIAL
    SECURITY,                           (Doc. 2)
10
             Defendant.
11

12

13        Pending before the Court is Plaintiff's application to proceed *in forma pauperis* under 28

14  U.S.C. § 1915.  Plaintiff has made the showing required by § 1915, and the request to proceed *in*

15  *forma pauperis* will be granted.  28 U.S.C. § 1915(a).  Accordingly, IT IS HEREBY ORDERED

16  as follows:

17        1.  Plaintiff's application to procced *in forma pauperis* is GRANTED;

18        2.  The Clerk of the Court is directed to issue new case documents, including the

19            Scheduling Order;

20        3.  The Clerk of the Court also is directed to issue summons and service shall proceed

21            under the Court's E-Service program with the Clerk delivering to the Commissioner of

22            Social Security Administration and the United States Attorney's Office at their

23            designated email addresses, a notice of electronic filing of the action along with the

24            summons and complaint.

25

26  IT IS SO ORDERED.

27    Dated:   __September 30, 2025__          ___/s/ Barbara A. McAuliffe___

28                                            UNITED STATES MAGISTRATE JUDGE

                                     1