ERIC GRANT
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
KATHERINE B. WATSON, WA BAR # 51525
Special Assistant United States Attorney
Law & Policy | Program Litigation 1
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 206-615-2139
Katherine.Watson@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA HARSHAW,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Civil No. 1:25-CV-01274 JLT FJS<br><br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR REMAND |

The parties, acting through their respective counsel, hereby stipulate that the above-captioned case be reversed and remanded to the Commissioner of Social Security for further administrative proceedings with respect to Plaintiff's eligibility for benefits under Titles II and XVI of the Social Security Act. Upon remand, the Appeals Council will instruct the Administrative Law Judge to reevaluate the claimant's residual functional capacity; obtain supplemental vocational expert evidence to clarify the effect of assessed limitations on the claimant's occupational base, ask the vocational expert to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy; offer the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

Respectfully submitted,

Dated: May 15, 2026                ERIC GRANT
                                   Acting United States Attorney
                                   MATHEW W. PILE
                                   Associate General Counsel
                                   Office of Program Litigation, Office 7

                        By:    /s/ Katherine B. Watson
                               KATHERINE B. WATSON
                               Special Assistant United States Attorney
                               Attorneys for Defendant

Dated: May 15, 2026     By:    /s/ Jonathan Omar Pena*
                               JONATHAN OMAR PENA
                               Attorney for Plaintiff
                               [*As authorized by e-mail on May 14, 2026]

                               **ORDER**

    Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's eligibility for disability benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to reevaluate the claimant's residual functional capacity; obtain supplemental vocational expert evidence to clarify the effect of assessed limitations on the claimant's occupational base, ask the vocational expert to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy; offer the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision. After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

    IT IS SO ORDERED.

    Dated:    **May 20, 2026**

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE